# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2344

_____

RAYMOND NOCERINO, as
Personal Representative of The
Estate of Charles Nocerino,

    Appellant,

    v.

DOUGLAS SHAW,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

December 11, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellant.

William Harris Rogner, Orlando, for Appellee.